AO91 (Rev. 12/03)   Criminal Complaint                                                                                                  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                                      **CRIMINAL COMPLAINT**
vs.

Alan Fabricio FERNANDEZ-Padilla                                    Case Number: 1:12-po-4038
A088 058 041  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about November 16, 2012 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title     8     United States Code, Section(s)     1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on November 16, 2012. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on November 16, 2012 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Flores, Hector  Border Patrol Agent
Signature of Complainant

Flores, Hector    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 17, 2012                                                          at    Brownsville, Texas
Date                                                                                   City/State

Ronald Morgan             U.S. Magistrate Judge
Name of Judge              Title of Judge                                     Signature of Judge