# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| versus | § § | Criminal Case 1:12–po–04038 |
| Alan Fabricio Fernandez–Padilla | § § | |

## ORDER FINDING PROBABLE CAUSE

The Court, having reviewed the complaint, signed under perjury by the issuing officer, together with supporting affidavits and/or other factual information, finds probable cause to believe that an offense has been committed and that the defendant committed it.

DONE at Brownsville, Texas, on **November 19, 2012**.

_____
Ronald G. Morgan
United States Magistrate Judge